UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TIMOTHY MCDONALD AND KELLY MCDONALD** <br> *Plaintiff* | **CIVIL ACTION NO: 2:23-cv-01500-GGG-JVM** |
| **VERSUS** | **JUDGE: GREG GERARD GUIDRY** |
| **FARMERS PROPERTY AND CASUALTY INSURANCE COMPANY** <br> *Defendant* | **MAGISTRATE: JANIS VAN MEERVELD** |

## FINAL MOTION TO DISMISS WITH PREJUDICE

In the above entitled and numbered cause now come the Plaintiffs, TIMOTHY MCDONALD and KELLY MCDONALD, and Defendant, FARMERS PROPERTY AND CASUALTY INSURANCE COMPANY, who, having settled all claims against all parties, move that this matter be dismissed, with prejudice, with each party to bear its own costs.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| **HAIR SHUNNARAH TRIAL ATTORNEYS, LLC, d/b/a INSURANCE CLAIM HQ, d/b/a INSURANCE CLAIM LAWYERS, INC.** <br> 3540 S. I-10 Service Rd. W., Ste. 300 <br> Metairie, LA  70001 <br> Phone: 504.684.5200 <br> Fax:    504.613.6351 <br> Email: aschmidt@hstalaw.com <br><br> BY:    /s *Ashley U. Schmidt* <br>    **ASHLEY U. SCHMIDT, #36005** <br>    *Attorneys for Plaintiffs* | **KINCHEN, WALKER, BIENVENU, BARGAS, REED & HELM, LLC** <br> Two United Plaza, Suite 202 <br> 8550 United Plaza Boulevard <br> Baton Rouge, LA  70809 <br> Phone: 225.292.6704 <br> Fax:    225.292.6705 <br> Email: vbargas@kwbbrlaw.com <br><br> BY: /s *VALERIE BRIGGS BARGAS* <br>    **VALERIE BRIGGS BARGAS, #27392** <br>    *Attorneys for Defendant* |